UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 09, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

MIGUEL RODRIGUEZ-FRANCO,

                    Defendant.

Case No.  2:24-cr-00255-DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MIGUEL RODRIGUEZ-FRANCO,

Case No.  2:24-cr-00255-DAD, Charge 18 § 3606 - Violation of Supervised Release,

from custody for the following reasons:

___X___ Release on previously imposed supervised release conditions.

_____ Bail Posted in the Sum of $ _____

            _____ Unsecured Appearance Bond $ _____

            _____ Appearance Bond with 10% Deposit

            _____ Appearance Bond with Surety

            _____ Corporate Surety Bail Bond

            _____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

___X___ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 9, 2026 at 2:25 p.m.

                    By: _____

                         Magistrate Judge Jeremy D. Peterson