HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
MIGUEL RODRIGUEZ-FRANCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:24-CR-00255-DAD |
| Plaintiff, | STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER |
| v. | DATE: June 8, 2026, |
| MIGUEL RODRIGUEZ-FRANCO, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Miguel Rodriguez-Franco, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for an admit/deny hearing on June 8, 2026,.

2.      By this stipulation, defendant now moves to continue the admit/deny hearing until October 5, 2026 at 9:30 a.m.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The charges alleged in the Petition involve pending state matters.

b)      The parties, including Probation, agree that, at least for now, the instant Petition should trail the state matters and request that the Court continue the admit/deny hearing so that the state cases can resolve.

c)      This may take several months and, as a result, the parties are requesting a longer

RODRIGUEZ-FRANCO: STIPULATION TO CONTINUE
ADMIT/DENY

1

continuance.

d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)    The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 3, 2026        */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
MIGUEL RODRIGUEZ-FRANCO

ERIC GRANT
United States Attorney

Dated: June 3, 2026        */s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit or deny hearing previously scheduled for June 8, 2026, is continued to October 5, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **June 3, 2026**                    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

RODRIGUEZ-FRANCO: STIPULATION TO CONTINUE
ADMIT/DENY

2