HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
MIGUEL RODRIGUEZ-FRANCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL RODRIGUEZ-FRANCO,<br>Defendant. | CASE NO. 2:24-CR-00255-DAD<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER<br><br>DATE: November 2, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Miguel Rodriguez-Franco, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 2, 2026.

2. By this stipulation, defendant now moves to continue the admit/deny hearing until November 23, 2026 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) The charges alleged in the Petition involve a pending state matter.

b) The parties, including Probation, agree that, at least for now, the instant Petition should trail the state matter and request that the Court continue the admit/deny hearing so that the state cases can resolve.

c) Sentencing in the state case was moved to November 2, 2026, at which point the case should be resolved.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 29, 2026

*/s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
MIGUEL RODRIGUEZ-FRANCO

Dated: October 29, 2026

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the Stipulation of the parties and good cause appearing, the Admit/Deny hearing in this case previously scheduled for November 2, 2026, is continued to November 23, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 29, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE