HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
MIGUEL RODRIGUEZ-FRANCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL RODRIGUEZ-FRANCO,<br>Defendant. | CASE NO. 2:24-CR-00255-DAD<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; ORDER<br><br>DATE: November 23, 2026, is<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Defendant Miguel Rodriguez-Franco, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on November 23, 2026, is.

2. By this stipulation, defendant now moves to continue the admit/deny hearing until May 10, 2027 at 9:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) The charges alleged in the Petition involve a pending state matter.

b) This case had been trailing the state matter pending its resolution.

c) Mr. Rodriguez-Franco appeared in state court on November 9, 2026 and was sentenced to 364 in state custody.

d) Mr. Rodriguez-Franco now requests that his admit/deny hearing be set after he is

released from state custody, with a control date in May, 2027 to determine his exact release date.

e) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 17, 2026

/s/ Meghan D. McLoughlin
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Counsel for Defendant
MIGUEL RODRIGUEZ-FRANCO

Dated: November 17, 2026

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit/deny hearing previously scheduled for November 23, 2026, is continued to May 10, 2027 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 17, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE